KEITH COTTLE,               )
                               )
          Plaintiff,      )
                               )
v.                            )       No. 3:18-CV-344-HBG
                               )
NORFOLK SOUTHERN RAILWAY    )
COMPANY,                )
                               )
          Defendant.   )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 22].

Now before the Court is Defendant's Motion in Limine to Preclude the Testimony of C.F. (Tom) Rader [Doc. 53]. Defendant primarily argues that Plaintiff submitted Rader's testimony in his response to Defendant's Motion for Summary Judgment and that such testimony should be excluded for failing to disclose Rader as an expert witness.

Given that the trial date is quickly approaching, the Court finds expedited briefing on this issue necessary. Accordingly, if Plaintiff intends to file a response to Defendant's Motion in Limine [Doc. 53], he **SHALL** do so on or before **October 11, 2019**.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge